# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Gretchen Clegg De Lopez                       CHAPTER 13

                 Debtor(s)

BKY. NO. 23-20049 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                               Respectfully submitted,

                               /s/ *Matthew Fissel*
                               Matthew Fissel
                               08 May 2025, 13:29:10, EDT

Denise Carlon, Esq. (317226)    ☐
Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com