Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gretchen Clegg De Lopez** | : | Case No. 23–20049–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 56 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 4/22/26 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

　　　　　**AND NOW,** this ***The 26th of February, 2026***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 56 by the Chapter 13 Trustee,

　　　　　It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

　　　　　(1)　***On or before April 14, 2026***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

　　　　　(2)　This Motion is scheduled for hearing on ***April 22, 2026 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non–evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge–taddonios–video–conference–hearing–information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt–proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

　　　　　(3)　If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are **required** to appear at the hearing.

　　　　　(4)　Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 23-20049-GLT |
|---|---|
| Gretchen Clegg De Lopez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: 604 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gretchen Clegg De Lopez, 507 2nd Street, Monongahela, PA 15063-2106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2026 00:28:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2026 00:16:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15560692 | + | Email/Text: bncnotifications@pheaa.org | Feb 27 2026 00:17:00 | AES/Pheaa, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 15560693 | ^ | MEBN | Feb 27 2026 00:10:54 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15560694 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 27 2026 00:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15572837 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2026 00:28:22 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15560696 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2026 00:28:24 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15560697 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2026 00:28:30 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15560698 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2026 00:28:39 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15579910 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2026 00:28:23 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15560699 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2026 00:17:00 | Comenitycb/dtlfirstfin, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15582568 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2026 00:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15566328 | + | Email/Text: RASEBN@raslg.com | Feb 27 2026 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15560700 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2026 00:28:30 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |

District/off: 0315-2                          User: auto                                Page 2 of 3

Date Rcvd: Feb 26, 2026                       Form ID: 604                        Total Noticed: 35

| | | | |
|---|---|---|---|
| 15581388 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2026 00:28:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15560701 | Email/Text: EBN@Mohela.com | Feb 27 2026 00:17:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15560702 + | Email/Text: bankruptcynotices@psecu.com | Feb 27 2026 00:17:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15565668 + | Email/Text: bncnotifications@pheaa.org | Feb 27 2026 00:17:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15577197 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2026 00:16:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15582645 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2026 00:16:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15560695 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2026 00:16:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 15582777 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2026 00:28:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15570243 + | Email/Text: bankruptcynotices@psecu.com | Feb 27 2026 00:17:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15560703 | Email/Text: PFS.Analyst@stclair.org | Feb 27 2026 00:17:00 | St.Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15560704 + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:28:21 | Syncb/Walmart, PO Box 965005, Orlando, FL 32896-5005 |
| 15561182 + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2026 00:28:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15560705 + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:28:29 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15560706 + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:28:29 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15560707 + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:28:29 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15560708 + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:28:21 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15578449 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 27 2026 00:17:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15560709 + | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 27 2026 00:17:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 15560710 + | Email/Text: BankruptcyNotice@upmc.edu | Feb 27 2026 00:17:00 | UPMC, Distribution Room #386, 2 Hotel Metal Street, Pittsburgh, PA 15203-2348 |
| 15569152 | Email/Text: exceptionreview@vivint.com | Feb 27 2026 00:16:00 | Vivint, 4931 North 300 West, Provo UT 84604 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0315-2                          User: auto                                Page 3 of 3
Date Rcvd: Feb 26, 2026                       Form ID: 604                          Total Noticed: 35

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | |
| | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | |
| | on behalf of Debtor Gretchen Clegg De Lopez shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 5