| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **GRETCHEN CLEGG DE LOPEZ** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 23-20049GLT |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made    12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** PNC BANK NA

**Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: 7 0 5 7

**Property Address:** 507 2ND ST
Number     Street

MONONGAHELA                    PA    15063
City                                      State  ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☒ Other: Clarification: This is being paid directly by non-filing co-borrower.

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:    $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
Signature

Date    03/02/2026

Trustee: Ronda J. Winnecour
First Name    Middle Name    Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number    Street

PITTSBURGH    PA    15219
City    State    ZIP Code

Contact phone (412) 471-5566    Email cmecf@chapter13trusteewdpa.com

| Debtor 1 | **DE LOPEZ** | | Case Number **23-20049GLT** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

## History Of Payments

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | | | | Total for Claim Number : | 0.00 |
| | | | | **Total for :** | **0.00** |

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

GRETCHEN CLEGG DE LOPEZ
507 2ND STREET
MONONGAHELA, PA  15063

SHAWN N WRIGHT ESQ
LAW OFFICE OF SHAWN N WRIGHT
7240 MCKNIGHT RD
PITTSBURGH, PA  15237

PNC BANK NA
PO BOX 94982
CLEVELAND, OH  44101

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

Dated: 03/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee