**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gretchen Clegg De Lopez | Social Security number or ITIN   xxx–xx–1956 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  23–20049–GLT

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gretchen Clegg De Lopez

4/15/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W | **Chapter 13 Discharge** | page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20049-GLT |
| Gretchen Clegg De Lopez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 15, 2026 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gretchen Clegg De Lopez, 507 2nd Street, Monongahela, PA 15063-2106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 16 2026 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 16 2026 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Apr 16 2026 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 16 2026 00:11:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15560692 | + | Email/Text: bncnotifications@pheaa.org | Apr 16 2026 00:12:00 | AES/Pheaa, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 15560693 | ^ | MEBN | Apr 16 2026 00:08:55 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15560694 | + | EDI: TSYS2 | Apr 16 2026 04:05:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15572837 | | EDI: CAPITALONE.COM | Apr 16 2026 04:05:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15560696 | + | EDI: CITICORP | Apr 16 2026 04:05:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15560697 | + | EDI: JPMORGANCHASE | Apr 16 2026 04:05:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15560698 | + | EDI: CITICORP | Apr 16 2026 04:05:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15579910 | | EDI: CITICORP | Apr 16 2026 04:05:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15560699 | + | EDI: WFNNB.COM | Apr 16 2026 04:05:00 | Comenitycb/dtlfirstfin, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15582568 | | EDI: JEFFERSONCAP.COM | Apr 16 2026 04:05:00 | Jefferson Capital Systems LLC, Po Box 7999, |

District/off: 0315-2                          User: auto                                    Page 2 of 3

Date Rcvd: Apr 15, 2026                       Form ID: 3180W                                Total Noticed: 37

| | | | |
|---|---|---|---|
| | | | Saint Cloud MN 56302-9617 |
| 15566328 | + Email/Text: RASEBN@raslg.com | Apr 16 2026 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15560700 | EDI: CAPITALONE.COM | Apr 16 2026 04:05:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15581388 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2026 00:17:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15560701 | Email/Text: EBN@Mohela.com | Apr 16 2026 00:12:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15560702 | + EDI: G2RSPSECU | Apr 16 2026 04:05:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15565668 | + Email/Text: bncnotifications@pheaa.org | Apr 16 2026 00:12:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15577197 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15582645 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15560695 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 15582777 | EDI: PRA.COM | Apr 16 2026 04:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15570243 | + EDI: G2RSPSECU | Apr 16 2026 04:05:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15560703 | Email/Text: PFS.Analyst@stclair.org | Apr 16 2026 00:12:00 | St.Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15560704 | + EDI: SYNC | Apr 16 2026 04:05:00 | Syncb/Walmart, PO Box 965005, Orlando, FL 32896-5005 |
| 15561182 | + EDI: PRA.COM | Apr 16 2026 04:05:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15560705 | + EDI: SYNC | Apr 16 2026 04:05:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15560706 | + EDI: SYNC | Apr 16 2026 04:05:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15560707 | + EDI: SYNC | Apr 16 2026 04:05:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15560708 | + EDI: SYNC | Apr 16 2026 04:05:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15578449 | EDI: USBANKARS.COM | Apr 16 2026 04:05:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15560709 | + EDI: USBANKARS.COM | Apr 16 2026 04:05:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 15560710 | + Email/Text: BankruptcyNotice@upmc.edu | Apr 16 2026 00:12:00 | UPMC, Distribution Room #386, 2 Hotel Metal Street, Pittsburgh, PA 15203-2348 |
| 15569152 | Email/Text: exceptionreview@vivint.com | Apr 16 2026 00:11:00 | Vivint, 4931 North 300 West, Provo UT 84604 |

TOTAL: 36

District/off: 0315-2                                   User: auto                                   Page 3 of 3

Date Rcvd: Apr 15, 2026                               Form ID: 3180W                               Total Noticed: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Gretchen Clegg De Lopez shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 5