**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/15/26 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

GRETCHEN CLEGG DE LOPEZ

      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:23-20049

Chapter 13
Related to Docket No. 56

**ORDER OF COURT**

AND NOW, this _____ 15th Day of April, 2026 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20049-GLT |
| Gretchen Clegg De Lopez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 15, 2026 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gretchen Clegg De Lopez, 507 2nd Street, Monongahela, PA 15063-2106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2026 00:17:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 16 2026 00:11:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15560692 | + | Email/Text: bncnotifications@pheaa.org | Apr 16 2026 00:12:00 | AES/Pheaa, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 15560693 | ^ | MEBN | Apr 16 2026 00:08:55 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15560694 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 16 2026 00:12:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15572837 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2026 00:17:32 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15560696 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2026 00:17:40 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15560697 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2026 00:17:32 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15560698 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2026 00:17:29 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15579910 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2026 00:17:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15560699 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2026 00:12:00 | Comenitycb/dtlfirstfin, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15582568 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2026 00:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15566328 | + | Email/Text: RASEBN@raslg.com | Apr 16 2026 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15560700 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2026 00:17:32 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |

District/off: 0315-2        User: auto        Page 2 of 3

Date Rcvd: Apr 15, 2026        Form ID: pdf900        Total Noticed: 35

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| 15581388 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2026 00:17:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15560701 | | Email/Text: EBN@Mohela.com | Apr 16 2026 00:12:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15560702 | + | Email/Text: bankruptcynotices@psecu.com | Apr 16 2026 00:12:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15565668 | + | Email/Text: bncnotifications@pheaa.org | Apr 16 2026 00:12:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15577197 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15582645 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15560695 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 15582777 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2026 00:17:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15570243 | + | Email/Text: bankruptcynotices@psecu.com | Apr 16 2026 00:12:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15560703 | | Email/Text: PFS.Analyst@stclair.org | Apr 16 2026 00:12:00 | St.Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15560704 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2026 00:17:32 | Syncb/Walmart, PO Box 965005, Orlando, FL 32896-5005 |
| 15561182 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2026 00:17:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15560705 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2026 00:17:38 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15560706 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2026 00:17:31 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15560707 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2026 00:17:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15560708 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2026 00:17:37 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15578449 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | Apr 16 2026 00:12:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15560709 | + | Email/Text: USB_BNC_Emails@g2risksolutions.com | Apr 16 2026 00:12:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 15560710 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 16 2026 00:12:00 | UPMC, Distribution Room #386, 2 Hotel Metal Street, Pittsburgh, PA 15203-2348 |
| 15569152 | | Email/Text: exceptionreview@vivint.com | Apr 16 2026 00:11:00 | Vivint, 4931 North 300 West, Provo UT 84604 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0315-2

User: auto

Page 3 of 3

Date Rcvd: Apr 15, 2026

Form ID: pdf900

Total Noticed: 35

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Gretchen Clegg De Lopez shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 5